UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :

                                       Hon. Katharine S. Hayden

       vs.                      :

MARCIA SLADICH                :       DETENTION ORDER

       This matter having been opened to the Court on motion of defendant Marcia

Sladich, by her attorney, Joseph Donahue, Esq., for an order pursuant to Title 18, United States

Code, Section 3143, to release defendant from custody and set conditions of release pending

sentencing in this matter, and Paul J. Fishman, United States Attorney for the District of New

Jersey (Justin W. Arnold, Assistant United States Attorney, appearing) opposing the motion, and

the Court having held hearings on November 23 and 24, 2009; and the Court, having considered

the standard set forth in Title 18, United States Code, Section 3143, and the factors set forth in

Title 18, United States Code, Section 3142(g), finds that there is no clear and convincing

evidence showing that the defendant is not likely to flee if released under Title 18, United States

Code, Section 3142(b) or (c).

       IT IS, therefore, on this ___ day of November, 2009,

       ORDERED, pursuant to Title 18, United States Code, Section 3143, that

defendant Sladich be committed to the custody of the Attorney General or his authorized

representative pending sentencing; and it is further;

ORDERED that the motion of the defendant for an order releasing defendant

Sladich from custody and setting conditions of release pending sentencing is hereby denied, and

defendant Sladich is hereby ordered detained pending sentencing in the above-entitled matter.

HONORABLE KATHARINE S. HAYDEN
United States District Judge

- 2 -