UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Mag. No. 09-573 (KSH) |
| MARCIA SLADICH | : | <u>ORDER FOR RESTITUTION</u> |

This matter having come before the Court on the application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Justin W. Arnold, Assistant U.S. Attorney), for an order pursuant to 18 U.S.C. §§ 3663A and 3664 requiring the defendant to pay mandatory restitution in the above-captioned matter to the victims of her offense, namely mail fraud in violation of 18 U.S.C. §1341, and the Court having considered the submission of the United States, and having found by a preponderance of the evidence that restitution in the amount requested by the United States is appropriate, and for good cause shown;

IT IS, this ___ day of April, 2010, hereby ORDERED that the defendant, Marcia Sladich, is to pay restitution pursuant to 18 U.S.C. §§ 3663A and 3664 in the total amount of $3,151,830; and

IT IS FURTHER ORDERED that the restitution be paid by proportionate amounts to the individual victims identified in the schedule attached to this order;

IT IS FURTHER ORDERED that the restitution is due immediately.  It is recommended that the defendant participate in the Bureau of Prisons Inmate Financial Responsibility Program. In the event that the entire restitution is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments of $100.00, to commence 30 days after release from confinement;

IT IS FURTHER ORDERED that payments of restitution are to be made payable to the U.S. Treasury and forwarded to the Clerk, United States District Court, Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for distribution to the victims;

IT IS FURTHER ORDERED that the defendant shall notify the Court of any material change to her economic circumstances that affect the defendant's ability to pay restitution so that a determination can be made by the Court concerning whether any adjustments to the payments ordered herein may be necessary;

IT IS FURTHER ORDERED that the Court has waived the interest requirement in this case; and

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for the District of New Jersey within

30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

```
                          _____
                          HON. KATHARINE S. HAYDEN
                          United States District Judge
```

| Victim/Investor Name | Loss |
|---|---|
| BB | $50,000.00 |
| LA | $7,400.00 |
| MB | $14,500.00 |
| EB | $4,000.00 |
| CB | $28,000.00 |
| IB | $9,100.00 |
| MC | $415,000.00 |
| JC | $7,500.00 |
| MC | $90,000.00 |
| FC | $9,000.00 |
| JC | $4,000.00 |
| AD | $18,000.00 |
| DD | $35,933.00 |
| LD | $18,000.00 |
| JD | $16,200.00 |
| CDA | $14,600.00 |
| PD | $157,000.00 |
| DF | $62,000.00 |
| JF | $174,260.00 |
| AG | $29,000.00 |
| RF | $9,000.00 |
| JG | $18,000.00 |
| NG | $48,000.00 |
| LG | $40,000.00 |
| CH | $22,000.00 |
| YH | $20,167.00 |
| GH | $26,700.00 |
| MK | $51,600.00 |
| HK | $12,000.00 |
| MK | $4,900.00 |
| AL | $2,000.00 |
| HL | $25,000.00 |
| OL | $59,000.00 |
| KM | $17,700.00 |

| Victim/Investor Name | Loss |
|---|---:|
| FM | $35,500.00 |
| MN | $6,000.00 |
| BN | $114,500.00 |
| BO | $15,000.00 |
| IO | $1,200.00 |
| GP | $4,070.00 |
| FP | $15,000.00 |
| PP | $11,200.00 |
| JP | $14,000.00 |
| KP | $30,000.00 |
| MP | $84,000.00 |
| CP | $84,000.00 |
| EP | $45,000.00 |
| MQ | $133,000.00 |
| MR | $102,000.00 |
| AR | $5,300.00 |
| LS | $20,800.00 |
| AS | $32,000.00 |
| MS | $24,000.00 |
| TS | $67,800.00 |
| DS | $58,000.00 |
| JS | $3,000.00 |
| JT | $1,500.00 |
| MT | $51,000.00 |
| GU | $12,600.00 |
| SV | $12,000.00 |
| SW | $38,000.00 |
| MW | $24,000.00 |
| NW | $101,000.00 |
| JW | $16,000.00 |
| KY | $135,000.00 |
| MY | $280,000.00 |
| JY | $12,000.00 |
| KZ | $30,000.00 |

| Victim/Investor Name | Loss |
|---|---:|
| MZ | $8,400.00 |
| MN | $5,400.00 |
| Total: | $3,151,830.00 |