PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Marcia Sladich                                                  Cr.: 09-00573-001
                                                                                  PACTS #: 52604

Name of Sentencing Judicial Officer:   THE HONORABLE KATHARINE S. HAYDEN
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/11/2010

Original Offense: Mail Fraud

Original Sentence: 70 months imprisonment, 36 months supervised release

Special Conditions: Restitution - Money, Special Assessment, DNA testing, Financial Disclosure, No New Debt/Credit

Type of Supervision: Supervised Release                        Date Supervision Commenced: 09/10/2013

### STATUS REPORT

U.S. Probation Officer Action:

On January 11, 2010 Your Honor sentenced Marcia Sladich to seventy months imprisonment; thirty-six months supervised release, $3,151,830 in restitution and a $100 special assessment for involvement in mail fraud. While on Supervised Release, Sladich was ordered to comply with special conditions of: prohibition from incurring new credit charges or opening additional lines of credit without the approval of the probation officer and financial disclosure. Sladich was released from federal custody on September 10, 2013 and began the period of supervised release.

Ms. Sladich currently resides in Clifton, New Jersey and is self-employed. We have completed a financial investigation and it seems as though Ms. Sladich has attempted to make payments toward her court imposed financial obligations to the best of her ability. To date, she has paid $3,000 towards her restitution. The offender has been informed that if her probation term is permitted to expire as scheduled, she is to continue to make payments and that the United States Attorney's Office, Financial Litigation Unit, will pursue collection of this obligation.

Recommendation: It is respectfully requested that Your Honor take no further action and allow Ms. Sladich's term of supervision to expire as scheduled on September 9, 2016.

Respectfully submitted,

*Erika Arnone*

By: Erika Arnone
    U.S. Probation Officer
Date: 04/08/2016  KJM

Prob 12A – page 2
Marcia Sladich

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

2/3/17
_____
Date